IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00986-RPM-CBS

TANYA BOWEN,

    Plaintiff,

v.

FAIRFIELD RESIDENTIAL, LLC,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [15], it is

ORDERED that this action and all claims asserted therein are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 2nd, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge